STEVEN G. KALAR
Federal Public Defender
Northern District of California
GEOFFREY A. HANSEN
Chief Assistant Federal Public Defender
19th Floor Federal Building - Box 36106
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone:   (415) 436-7700
Facsimile:    (415) 436-7706
Email:          Geoffrey_Hansen@fd.org

Counsel for Defendant Medina

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>WILLIAM MEDINA,<br><br>Defendant. | **Case No.:** CR 19–0571 EMC<br><br>**DEFENDANT'S SENTENCING MEMORANDUM**<br><br>**Court:**             Courtroom 5, 17th  Floor<br>**Hearing Date:**  February 19, 2020<br>**Hearing Time:**  2:30 p.m. |

The defendant stands before the Court to be sentenced for selling $20 of heroin to an undercover police officer in the Tenderloin.  As with virtually of these cases, the defendant is a citizen of Honduras who grew up in poverty, and came to this country to try to find a better life.  He had a difficult time doing so because of his illegal status, and like many similarly situated individuals he was recruited to sell drugs on the street and was paid a very small sum each day to do so.  He has no prior arrests or convictions, and will be deported back to Honduras as soon as he is done serving his sentence.  This is an incredibly severe penalty in and of itself, considering the hardship he endured getting to this country.

For the reasons set forth in the PSR, the appropriate sentence is a sentence of time served.  Mr. Medina as served 3 months in custody, and this is adequate punishment for this minor offense.

1
2        Dated:    February 14, 2020            Respectfully submitted,
3
                                                STEVEN G. KALAR
4                                               Federal Public Defender
                                                Northern District of California
5
                                                         /S
6                                               _____
                                                GEOFFREY A. HANSEN
7                                               Chief Assistant Federal Public Defender
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28